# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1091

_____

Michael O'Grady,                              *
                                              *
            Appellant,                        *
                                              *
      v.                                      *  Appeal from the United States
                                              *  District Court for the
Robert M. A. Johnson; Daniel Klint;           *  District of Minnesota.
Synthia O'Grady; Mort McBain;                 *
Thomas Finley; Scott Corbett,                 *  [UNPUBLISHED]
                                              *
            Appellees.                        *

_____

Submitted: June 6, 2008
Filed: June 26, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael O'Grady appeals the district court's[1] judgment dismissing his civil rights complaint. Having carefully considered O'Grady's arguments on appeal, and upon de novo review, we conclude that dismissal was proper. We agree with the district court that O'Grady either failed to state a claim with regard to his allegations

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

related to child custody and child support enforcement, or failed to assert a basis for federal subject matter jurisdiction.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.  The pending motions are denied.

_____